Sebastian Cribari, Esq.
Nevada Bar No. 15888
*scribari@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants Myers Industries, Inc., Scepter Manufacturing, LLC, and Scepter Canada Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASONN RANDOLPH as Special Administrator to the Estate of JEROME RANDOLPH, individually, and as Heir to JEROME RANDOLPH; MELANIE RANDOLPH individually and as Heir to JEROME RANDOLPH, and KENNETH RANDOLPH individually and as Heir to JEROME RANDOLPH,<br><br>    Plaintiffs,<br><br>vs.<br><br>MYERS INDUSTRIES, INC.; SCEPTER CORPORATION; SCEPTER MANUFACTURING, LLC; SCEPTER CANADA INC.; DOES 1 THROUGH 40, inclusive; and ROE COMPANIES 1 THROUGH 40, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-00600-GMN-MDC<br><br>(Removed from the District Court of Clark County, Nevada, Case No. A-23-880959-C, Dept. 20)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jasonn
2 Randolph, Individually and as Special Administrator to the Estate of Jerome Randolph, Melanie
3 Randolph, and Kenneth Randolph, and Defendants Myers Industries, Inc., Scepter Manufacturing,
4 LLC, and Scepter Canada Inc., by and through their respective attorneys of record, pursuant to
5 FED. R. CIV. P. 41, that the above-captioned action and any and all claims that are or could be
6 asserted in this action are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their
7 own attorneys' fees and costs.

DATED this 17th day of June, 2025.

DATED this 17th day of June, 2025.

*/s/ Sebastian Cribari*
Sebastian Cribari, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendants Myers Industries, Inc., Scepter Manufacturing, LLC, and Scepter Canada Inc.*

*/s/ Kristian Kaskla*
Michael Sanft, Esq.
Kristian Kaskla, Esq.
kristian@sosinjury.com
Ryan Saldanha, Esq.
SOS INJURY LAWYERS
411 East Bonneville Ave., Suite 360
Las Vegas, NV 89101
(702) 720-3030

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 18, 2025